Richard JENKINS, Appellant, v. UNITED STATES of America, Appellee.

No. 7431.

Circuit Court of Appeals, Sixth Circuit.

Feb. 9, 1937.

Julian C. Ryer, of Chicago, Ill., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that count 2 of the indictment on which the appellant was convicted charged the appellant with the commission of an offense against the United States, and that there was substantial evidence to submit to the jury the question of the appellant's guilt thereunder, and it not appearing that error prejudicial to appellant was committed in the admission of evidence or otherwise on the trial,

It is ordered that the judgment be affirmed.

John KENLON, Plaintiff-Appellant, v. SERVEL, Inc., Defendant-Appellee.

No. 217.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Smith, Chambers & Clare, of New York City (Frank W. Chambers and Wilberforce Sully, Jr., both of New York City, of counsel), for appellant.

Chadbourne, Hunt, Jaeckel & Brown, of New York City (Caruthers Ewing, of 'New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

Thomas KRASNOLUTSKY, by His Guardian ad Litem Jacob Krasnolutsky, and Jacob Krasnolutsky, Individually, Plaintiffs-Appellants, v. The NEW YORK CENTRAL RAILROAD COMPANY, a Corporation, Defendant-Appellee.

Peter ZUBE, an Infant, by His Guardian ad Litem Helen Zube, and Helen Zube, Individually, Plaintiffs-Appellants, v. The NEW YORK CENTRAL RAILROAD COMPANY, a Corporation, Defendant-Appellee.

Nos. 146, 147.

Circuit Court of Appeals, Second Circuit.

Jan. 4, 1937.

Rowland H. Long, of New York City, for appellants.

Clive C. Handy, of New York City (Kenneth O. Mott-Smith, of New York City, of counsel), for respondents.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments affirmed.

Joseph Benjamin LANE, Bankrupt, Appellant, v. R. W. McLENDON, W. E. McLendon, and C. E. McLendon, Appellees.

No. 4096.

Circuit Court of Appeals, Fourth Circuit.

Oct. 5, 1936.

L. D. Lide, of Marion, S. C., for appellant.

PER CURIAM.

Appeal denied.